# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED JUL 31 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America
v.

HECTOR CRUZ-RIOS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:19CR1267-MDD

Eric Fish, Federal Defender
*Defendant's Attorney*

**REGISTRATION NO. 64025298**

THE DEFENDANT:
☒ pleaded guilty to count(s)  1 of the Superseding Misdemeanor Information
☐ was found guilty to count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8:1325(a)(1) | Attempted Improper Entry by an Alien (Misdemeanor) | 1 |

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s)  Underlying felony Indictment  dismissed on the motion of the United States.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
    TIME SERVED; sentence to run concurrent with USDC Case No. 17CR3245-LAB

☒ Assessment: $10 REMITTED
☒ Fine: NONE

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 30, 2019
Date of Imposition of Sentence

*Mitchell D. Dembin* (signature)
HONORABLE MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE